

```
PATRICK L. FORTE, State Bar #80050        Signed: July 21, 2010
CORRINE BIELEJESKI, Bar #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612                          _____
Telephone: (510) 465-3328                   RANDALL J. NEWSOME
Facsimile: (510) 763-8354                   U.S. Bankruptcy Judge

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | No. 08-41899 RN |
|---|---|
| **DARLENE GADDIS** | Chapter 13 |
| Debtor. / | **ORDER MODIFYING CHAPTER 13 PLAN** |

The above named debtor having served a Motion to Modify Chapter 13 Plan on June 24, 2010 and there being no objections thereto and good cause appearing therefor;

**IT IS ORDERED** that debtor's Chapter 13 Plan be modified as follows: Commencing July 2010, debtor will pay $612 per month to the Trustee. Any arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

Debtor will include their 2009 tax obligation to the IRS & Franchise Tax Board in the amount of $4,937.00 to the IRS & $1,780.00 to Franchise Tax Board to be paid through their Chapter 13 Plan.

**END OF ORDER**

Order Modifying Chapter 13 Plan                              Page 1 of 2

**COURT SERVICE LIST**

**Attorneys for Debtor**
Patrick L. Forte, Esq.
Corrine Bielejeski
One Kaiser Plaza, #480
Oakland, CA 94612


U.S. Trustee
1301 Clay Street, #690N
Oakland, CA 94612


**Chapter 13 Trustee**
Martha Bronitsky
Trustee
P.O. Box 5004
Hayward, CA 94540

**Debtor**
Darlene Gaddis
PO Box 11559
Oakland, CA 94611