B6F (Official Form 6F) (12/07)

In re **Darlene Gaddis**                                         Case No.   08-41899-RN
                           Debtor(s)

# AMENDED - SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding unsecured claims without priority against the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxx-xxxx-xxxx-6309** <br><br> **AIC - Allied International** <br> **1100 East Shore Dr., 3rd Floor** <br> **Glen Allen, VA 23059** | | N A | Credit Card Purchases | | | | 2,078.36 |
| ACCOUNT NO. **xxxxxxx7047** <br><br> **AT&T** <br> **C/o Financial Credit Network, Inc.** <br> **1300 W. Main St.** <br> **Visalia, CA 93291** | | N A | Telephone services | | | | 51.85 |
| ACCOUNT NO. **xxxxx-1297** <br><br> **AT&T** <br> **Lisle Bankruptcy Operations** <br> **4513 Western Ave.** <br> **Lisle, IL 60532** | | N A | Telephone services | | | | 344.68 |

Sheet 1 of 8 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxx-xxxx-xxxx-4307**<br><br>**Capital One**<br>**C/o Associated Recovery System**<br>**PO Box 469046**<br>**Escondido, CA 92025** | | NA | 2007<br><br>Credit Card Purchases | | | | 916.20 |
| ACCOUNT NO. **xxxx-xxxx-4347**<br><br>**Capital One Bank**<br>**PO Box 85015**<br>**Richmond, VA 23285** | | NA | 1999<br><br>Credit Card Purchases | | | | 2,504.00 |
| ACCOUNT NO. **xxxx5382**<br><br>**Capital One Bank**<br>**C/o Bracfeld Associates**<br>**20300 S. Vermont Ave., Suite 120**<br>**Torrance, CA 90502** | | NA | Credit card purchases | | | | 2,169.93 |
| ACCOUNT NO. **xxxx-xxxx-xxxx-4307**<br><br>**Capital One F.S.B.**<br>**c/o Associates Recovery System**<br>**PO Box 469046**<br>**Escondido, CA 92046-9046** | | NA | 2007<br><br>Credit card purchases | | | | 416.20 |
| ACCOUNT NO. **xxxx-xxxx-xxxx-6309**<br><br>**Capital One Services**<br>**PO Box 30281**<br>**Salt Lake City, UT 84130-0281** | | NA | 1999<br><br>Credit card purchases | | | | 2,475.00 |
| ACCOUNT NO. **xxxxx1198**<br><br>**Cingular Wireless**<br>**Po Box 60017**<br>**Los Angeles, CA 90060-0017** | | NA | 2003<br><br>Telephone service | | | | 502.72 |

Sheet 2 of 8 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxx-xxxx-xxxx-6044**<br><br>**Comcast Cable**<br>**PO Box 34227**<br>**Seattle, WA 98124** | | NA | Cable | | | | 288.00 |
| ACCOUNT NO. **xxxxxx7573**<br><br>**Credit Protection Assoc.**<br>**1355 Noel Rd., Suite 2100**<br>**Dallas, TX 75240** | | NA | 2006<br><br>Cable collection account | | | | 288.00 |
| ACCOUNT NO.<br><br>**Del Norte Place Apts.**<br>**11720 San Pablo Ave., Suite D**<br>**El Cerrito, CA 94530** | | NA | 2006<br><br>Back rent | | | | 511.78 |
| ACCOUNT NO.<br><br>**Dr. Agazzi**<br>**2923 Webster St., Suite 301**<br>**Oakland, CA 94609** | | NA | 2006<br><br>Medical Services | | | | 1,500.00 |
| ACCOUNT NO. **xxxx-xxxx-xxx9-426**<br><br>**GE Money Bank**<br>**PO Box 530927**<br>**Atlanta, GA 30353** | | NA | 2000<br><br>Credit card purchases | | | | 727.00 |
| ACCOUNT NO. **xxxx-xxxx-xxxx-9476**<br><br>**GEMB/WalMart**<br>**PO Box 981400**<br>**El Paso, TX 79998** | | NA | 2004<br><br>Credit card purchases | | | | 864.05 |

Sheet 3 of 8 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

**B6F (Official Form 6F) (12/07) - Cont.**
In re **Darlene Gaddis**                           Case No
                                         Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxx-xxxx-xxxx-6502**<br><br>**Household Bank MasterCard**<br>**Po Box 80084**<br>**Salinas, CA 93912-0084** | | NA | **2004**<br><br>**Credit card purchases** | | | | 376.03 |
| ACCOUNT NO. **xxxx-xxxx-xxxx-0707**<br><br>**HSBC Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | NA | **1999**<br><br>**Credit card purchases** | | | | 1,265.00 |
| ACCOUNT NO. **xxxx-xxxx-xxxx-6502**<br><br>**HSBC Bank**<br>**P.O. Box 5253**<br>**Carol Stream, IL 60197** | | NA | **2003**<br><br>**Credit card purchases** | | | | 957.00 |
| ACCOUNT NO. **xxxx-xxxx-xxxx-6582**<br><br>**HSBC Bank**<br>**c/o Cedar Financial**<br>**24007 Ventura Blvd., Suite 260**<br>**Calabasas, CA 91302** | | NA | **Credit card purchases** | | | | 957.00 |
| ACCOUNT NO. **xxxx-xxxx-xxxx-0707**<br><br>**HSBC Bank**<br>**C/o Cedar Financial**<br>**24007 Ventura Blvd., Suite 260**<br>**Calabasas, CA 91302** | | NA | **Credit card purchases** | | | | 1,265.00 |
| ACCOUNT NO.<br><br>**HSBC Credit Service**<br>**C/o Palisades Collection LLC**<br>**210 Sylvan Ave.**<br>**Englewood Cliffs, NJ 07632** | | NA | **2004**<br><br>**Credit card purchases** | | | | 1,485.00 |

Sheet 4 of 8 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Internal Revenue Service Insolvency Group**<br>**1301 Clay St #1400S**<br>**Oakland, CA 94612** | | N A | **2000, 2001, 2002, 2003, & 2004 Taxes** | | | | 7,273.37 |
| ACCOUNT NO. **xxx-xxx-xx27-01**<br><br>**Ista**<br>**PO Box 660610**<br>**Dallas, TX 75266-0600** | | N A | **Collection account** | | | | 91.20 |
| ACCOUNT NO.<br><br>**Leading Edge Recovery Solutions**<br>**5440 N. Cumberland Ave., Suite 300**<br>**Chicago, IL 60656-1490** | | N A | **2008**<br>**Collection accounts** | | | | 1,008.41 |
| ACCOUNT NO. **xxxx-xxxxx-6520**<br><br>**MacyDSNB- Macys**<br>**9111 Duke Blvd.**<br>**Mason, OH 45040-8999** | | N A | **2003**<br>**Credit card purchases** | | | | 501.00 |
| ACCOUNT NO. **xxxx5-382**<br><br>**Nordstrom FSB**<br>**PO Box 13589**<br>**Scottsdale, AZ 85267** | | N A | **1989**<br>**Credit card purchases** | | | | 486.00 |
| ACCOUNT NO.<br><br>**Northland Group**<br>**PO Box 390846**<br>**Minneapolis, MN 55439** | | N A | **1999**<br>**Collection account** | | | | 1,964.74 |

Sheet 5 of 8 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxx-xxxx-xxxx-6502** <br><br> **Orchard Bank** <br> **C/o First American Investment** <br> **2805 Wehrle Dr., Suite 11** <br> **Buffalo, NY 14221** | | NA | 2007 <br><br> Credit card purchases | | | | 1,664.00 |
| ACCOUNT NO. **xxxx-xxxx-xxxx-0707** <br><br> **Orchard Bank** <br> **Bankcard Services** <br> **Po Box 19360** <br> **Portland, OR 97280** | | NA | 2001 <br><br> credit card purchases | | | | 640.76 |
| ACCOUNT NO. **xxxxxxx236-0** <br><br> **Pacific Gas & Electric** <br> **PO Box 997300** <br> **Sacramento, CA 95899-7300** | | NA | Services | | | | 189.12 |
| ACCOUNT NO. **xxxx65-10** <br><br> **Patelco Credit Union** <br> **156 Second St.** <br> **San Francisco, CA 94105** | | NA | Checking account overdraft | | | | 119.29 |
| ACCOUNT NO. **xxxx6503** <br><br> **Patelco Credit Union** <br> **156 Second St.** <br> **San Francisco, CA 94105** | | NA | 2003 <br><br> Personal Loan | | | | 4,586.83 |
| ACCOUNT NO. **xxxx-xxxx-xxxx-4738** <br><br> **Providian Financial** <br> **Providian Bancorp** <br> **PO Box 234** <br> **Valley Forge, PA 19482-0234** | | NA | 1996 <br><br> Credit card purchases | | | | 0.00 |

Sheet 6 of 8 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

**B6F (Official Form 6F) (12/07) - Cont.**
In re **Darlene Gaddis**            Case No
                                            Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxx-xxxx-xxxx-3128** <br><br> **Sears/CBSD** <br> **PO Box 6189** <br> **Sioux Falls, SD 57117** | | NA | **1999** <br> **Credit card purchases** | | | | 1,096.00 |
| ACCOUNT NO. **xxxxx3633** <br><br> **T Mobile** <br> **PO Box 74255** <br> **Cincinnati, OH 45274-2596** | | NA | **2004** <br> **Telephone Service** | | | | 925.74 |
| ACCOUNT NO. **x-xxx-xx0-765** <br><br> **Target National Bank** <br> **PO Box 673** <br> **Minneapolis, MN 55416** | | NA | **2001** <br> **Credit card purchases** | | | | 617.00 |
| ACCOUNT NO. **xxxx-xxxx-xx65-90** <br><br> **Target National bank** <br> **C/o Simm Associates** <br> **800 Pencader Dr.** <br> **Newark, DE 19702** | | NA | **Credit card purchases** | | | | 617.04 |
| ACCOUNT NO. <br><br> **True Logic Financial Corp** <br> **7100 E. Belleview, Suite 308** <br> **Englewood, CO 80111** | | NA | | | | | 0.00 |
| ACCOUNT NO. <br><br> **WalMart/GE Money Bank** <br> **C/o Allied Interstate** <br> **3000 Corporate Exchange Dr.** <br> **Columbus, OH 43231** | | NA | **Credit card purchases** | | | | 727.00 |

Sheet 7 of 8 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Wolpoff & Abramson, LLP Two Irvington Center 702 King Farm Blvd. Rockville, MD 20850 | | NA | Collection account | | | | 0.00 |
| | | | Total (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | 44,450.30 |

Sheet 8 of 8 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims